UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 20-61123-CIV-CANNON/Hunt

JOHN AGNES,

    Plaintiff,
v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ACCEPTING REPORTS AND RECOMMENDATIONS

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Reports and Recommendation [ECF Nos. 37–38]. On December 17, 2021, Plaintiff filed his Motion for Summary Judgment [ECF No. 28], and on January 12, 2022, Defendant filed his Motion for Summary Judgment [ECF No. 29]. Shortly thereafter, Plaintiff filed a Motion to Remand [ECF No. 31]. All three motions were referred to Magistrate Judge Patrick M. Hunt for a Report and Recommendation pursuant to the Court's Order of Reference [ECF No. 26]. On March 1, 2022, Judge Hunt issued a Report and Recommendation on the Cross-Motions for Summary Judgment [ECF No. 37] and a Report and Recommendation on Plaintiff's Motion to Remand [ECF No. 38]. In sum, Judge Hunt recommends that Plaintiff's Motion for Summary Judgement [ECF No. 28] be denied, Defendant's Motion for Summary Judgment [ECF No. 29] be granted, and Plaintiff's Motion to Remand [ECF No. 31] be denied.

The Reports and Recommendations also state that the parties shall file any objections within seven days of the date of service of a copy of the Report and Recommendations [ECF No. 37 p. 11; ECF No. 38 p. 5]. Neither party has filed an objection, and the period for doing

CASE NO. 20-61123-CIV-CANNON/Hunt

so has expired. *See* 28 U.S.C. § 636(b)(1); S.D. Fla. Magistrate Judge Rule 4(b); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1 (2016).

The Court has reviewed the record in this case and is otherwise fully advised in the premises. Upon review, the Court finds the Reports and Recommendation to be well reasoned and correct. Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Reports and Recommendations [ECF Nos. 37–38] are **ACCEPTED**.
2. Plaintiff's Motion for Summary Judgment [ECF No. 28] is **DENIED.**
3. Defendant's Motion for Summary Judgment [ECF No. 29] is **GRANTED**.
4. Plaintiff's Motion to Remand [ECF No. 31] is **DENIED**.
5. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 10th day of March 2022.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record